**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RAFAEL ESPINO, | No. 06-74757 |
| Petitioner, | Agency No. A029-225-406 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM [*] |
| Respondent. | |

On Petition for Review of an Order of the
Department of Homeland Security

Submitted January 11, 2010 [**]

Before:    BEEZER, TROTT, and BYBEE, Circuit Judges.

Rafael Espino, a native and citizen of Mexico, petitions for review of the

Department of Homeland Security's order reinstating his 1993 in absentia

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

deportation order under 8 U.S.C. § 1231(a)(5). We have jurisdiction under 8 U.S.C. § 1252, and we deny the petition for review.

Espino's collateral attack on his 1993 deportation order is foreclosed by *Morales-Izquierdo v. Gonzales*, 486 F.3d 484, 495-96 (9th Cir. 2007) (en banc) ("the reinstatement statute specifically precludes [petitioner] from seeking to reopen the previous removal order based on defective service or any other grounds.")

Espino's remaining contentions lack merit.

**PETITION FOR REVIEW DENIED**.